# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-203-507**

**Effective Date of Registration:**
April 15, 2015

## Title

**Title of Work:** Barn A-1-A-5 Constructed: 2/10/2015

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** Nadia Nicole Huerta
  **Author Created:** architectural work
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Wanna Loree Huerta
  **Author Created:** architectural work
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Nadia Nicole Huerta
113 Cookston Lane, Royse City, TX 75189, United States

**Copyright Claimant:** Wanna Loree Huerta
1438 Hwy. 349, Myrtle, MS 38650, United States

## Rights and Permissions

**Name:** Nadia Nicole Huerta
**Email:** nadia_huerta@hotmail.com
**Address:** 113 Cookston Lane
Royse City, TX 75189 United States

EXHIBIT A

## Certification

Page 1 of 2