

thewhitesparrow • Follow

successful and then they copy it and claim it as theres....

**mimischmotzer** Saw the new venue in Dallas that looks just like the white sparrow and I could not believe my eyes.. I felt the pain for you! It isn't fair and unbelievable (especially in the same city) that someone would just rip all your work! It makes me wanna say something so bad, like how could you!? I cannot wait to get married here next December! It's everything I ever dreamed of and one of a kind! Prayers @thewhitesparrow .. you have so many

 

300 likes

4 HOURS AGO

Add a comment...