EXHIBIT D



*The White Sparrow*



*The Nest*



*The White Sparrow*



*The Nest*